**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **LATONIA L. WALKER**, individually and as parent and next friend of minor child **ROY NORWEATHERS**,<br><br>        Plaintiff,<br><br>        v.<br><br>**VILLAGE OF LOMBARD**, *et al.*,<br><br>        Defendants. | Civ. A. No. 1:25-cv-15277<br><br>Hon. Matthew F. Kennelly |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**
**AND FOR RELIEF FROM APPOINTMENT**

Attorney Cardelle Bratton Spangler of Winston Taylor LLP, pursuant to Local Rule 83.38, respectfully requests that the Court grant her leave to withdraw as counsel and relief from her appointment in the above-captioned matter. In support of this Motion, the undersigned states as follows:

1. This Court appointed Cardelle Bratton Spangler ("Counsel") of Winston Taylor LLP as counsel for Plaintiff on July 17, 2026, pursuant to Local Rule 83.37. Dkt. No. 43.

2. Promptly following receipt of Counsel's appointment, Counsel caused her firm to perform a conflict check in accordance with the Illinois Rules of Professional Conduct. Ex. A (Decl. of C. Spangler), ¶ 2.

3. As a result of the conflict check, it was brought to Counsel's attention that a concurrent conflict of interest exists: Plaintiff and a current longstanding client of Winston Taylor LLP have a material and directly adverse conflict arising from a confidential, non-public matter. *Id.* at ¶ 3.

4. In light of this conflict of interest, good cause exists for Counsel's withdrawal as pro bono counsel in this matter pursuant to Local Rule 83.38(a)(1).

5. Counsel and Plaintiff have not communicated or corresponded in any fashion.

WHEREFORE, Cardelle Bratton Spangler respectfully requests that the Court grant her leave to withdraw as counsel for Plaintiff and relief from her appointment.

Dated: July 21, 2026

Respectfully Submitted,

*/s/ Cardelle B. Spangler*
Cardelle B. Spangler
WINSTON TAYLOR LLP
300 N. LaSalle Drive Floor 4400
Chicago, IL 60654
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
Cardelle.Spangler@winstontaylor.com

*Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on July 21, 2026, the foregoing document was served on all counsel of record via the CM/ECF system and was served on Plaintiff by means of electronic mailing.

<u>/s/ Cardelle B. Spangler</u>